1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE W. HARRIS,                      No. 2:19-cv-02020-TLN-DB

12                    Plaintiff,

13          v.                                **ORDER**

14    CALIFORNIA FORENSIC MEDICAL
      GROUP, et al.,
15
                      Defendants.
16

17

18          Plaintiff Antoine W. Harris ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this

19    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

20    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On April 26, 2021, the magistrate judge filed findings and recommendations which were

22    served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and

23    recommendations were to be filed within thirty days.  (ECF No. 11.)  No timely objections to the

24    findings and recommendations have been filed.

25          The Court has reviewed the file under the applicable legal standards and finds the findings

26    and recommendations to be supported by the record and by the magistrate judge's analysis.

27    Accordingly, IT IS HEREBY ORDERED that:

28          1.  The Findings and Recommendations filed April 26, 2021 (ECF No. 11), are

                                          1

1          ADOPTED IN FULL;

2      2.  This action is DISMISSED without prejudice; and

3      3.  The Clerk of Court is directed to close this case.

4      IT IS SO ORDERED.

5  Dated:  August 30, 2021

6

7

8                                   Troy L. Nunley
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28